Cook *v.* Hirsch *et al.,* receivers.

Per Curiam. There was no abuse of discretion in refusing an interlocutory injunction. *Judgment affirmed. All the Justices concur.*

No. 443. February 13, 1918.

Petition for injunction. Before Judge Smith. Campbell superior court. October 14, 1916.

*James & Bedgood,* for plaintiff.

*Claude C. Smith,* for defendants.